

# Missouri Court of Appeals
## Southern District

## JULY 10, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.     Case No.  SD33494

       Re:     STATE OF MISSOURI,
               Plaintiff-Respondent,
               vs.
               REBA JUNE MINOR,
               Defendant-Appellant.

2.     Case No.  SD33338

       Re:     STATE OF MISSOURI,
               Plaintiff-Respondent,
               vs.
               JAMES C. KLARR,
               Defendant-Appellant.